UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEW PARADIGM ENTERPRISES, INC, dba Q101, <br>    Plaintiff, <br><br> vs. <br><br> MERLIN MEDIA LLC, <br>    Defendant. | No. <br> 12CV5160 <br> Judge John F. Grady <br> Mag. Judge Michael T. Mason |

## COMPLAINT WITH JURY DEMAND

Plaintiff, New Paradigm Enterprises, Inc., by and through its attorney, Michael J. Young, and complains of Defendant, Merlin Media, LLC, and alleges as follows:

### PARTIES

1. Plaintiff, New Paradigm Enterprises, Inc. (hereinafter "NPE") is a corporation incorporated in the State of Illinois. NPE's principal place of business is in Illinois. NPE is authorized to transact business in the State of Illinois and does transact business in the State of Illinois.

2. Defendant Merlin Media LLC (hereinafter "Merlin Media") is a Delaware limited liability company. Merlin Media is authorized to transact business in the State of Illinois and does transact business in the State of Illinois, County of Cook.

3. Defendant Merlin Media d/b/a WKQX-FM d/b/a Q87.7 (hereinafter "Q87.7"), is a wholly-owned subsidiary of defendant Merlin Media. Q87.7 operates a radio station and maintains offices at 230 Merchandise Mart Plaza, City of Chicago, County of Cook, State

1

of Illinois.

## JURISDICTION AND VENUE

4. This is an action for trademark counterfeiting, trademark infringement, unfair competition, and false designation of origin under the Lanham Act, 15 U.S.C. §§ 1051, et seq. and common law.

5. The Court has subject matter jurisdiction over these claims under 28 U.S.C. §§ 1331 and §§1338(a). The Court has supplemental jurisdiction under 28 U.S.C. §§ 1337.

6. Venue is proper in the Northern District of Illinois as a substantial part of the events giving rise to the claim have occurred in this district.

## FACTS GIVING RISE TO CLAIMS

7. On July 14, 2011, Emmis Communication contracted with NPE to sell, assign, and transfer all intellectual property associated with Q101, including but not limited to the Q101 trademark registered with the USPTO (RN: 2,091,433) and any and all common law rights to Q101, Chicago's Alternative, Q101 Jamboree, Q101.com, Q101 on Shuffle, Q101 Twisted, the www.q101.com domain name, and all associated intellectual property, as well as all promotional items which involved Q101.

8. On June 21, 2011, Emmis Communication contracted with Merlin Media and sold the Federal Communication Commission license and the broadcasting equipment that was previously used for and associated with Q101 radio station. Emmis obtained a 25% interest in Merlin Media as part of the sale.

9. Merlin Media changed the format of FM 101.1 from alternative rock to 24 hour news.

10. In March 2012, Merlin Media leased the radio frequency 87.7 FM and began promoting the station as alternative rock, using the call letters "WKQX," which were the call letters of Q101 since 1992.

11. Merlin Media's use of "Q" in its station name "Q87.7" in conjunction with changing 87.7's prior call sign of WLFM-FM to WKQX-FM, (Q101's formal call sign) its format, alternative rock, along with its marketing is causing confusion in the market place and is leading the public to believe Q101 is now Q87.7.

## COUNT 1

### TRADEMARK COUNTERFEITING, TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN UNDER THE LANHAM ACT (15 U.S.C. §§1114, 1125)

12. Plaintiffs hereby reallege and reaffirm paragraphs 1 through 11 of this complaint, as if the same were herein set forth verbatim.

13. Plaintiff owns a federally registered mark and common law marks for Q101 for, *inter alia*, internet radio broadcasting services, internet radio services, namely, transmission of audio material via the internet; Radio broadcasting. United States Trademark Reg. No.: 2,091,433.

14. Defendant is using marks that are identical or substantially identical to Plaintiff's federally registered and common law Q101 mark for its radio station known as "Q87.7".

15. Defendant's unauthorized use of Plaintiff's Q101 marks constitutes trademark counterfeiting, trademark infringement, unfair competition and false designation of origin in

violation of 15 U.S.C. §§ 1114 and 1125, because such conduct is likely to cause confusion, mistake or deception as to source, origin, affiliation, connection or association with Defendant.

16. Defendant's actions have caused Plaintiff to lose control over the reputation and goodwill associated with Plaintiff's Q101 mark.

17. Plaintiff has suffered damages and Defendant has obtained profits and/or unjust enrichment as a result of its wrongful conduct.

18. Defendant's actions have caused irreparable injury to Plaintiff's business, reputation and goodwill. Unless Defendant is enjoined from their wrongful conduct, Plaintiff will continue to suffer irreparable injury and harm, for which Plaintiff has no adequate remedy at law.

## COUNT 2

### TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND FALSE DESIGNATION OR ORIGIN UNDER COMMON LAW

19. Plaintiffs hereby reallege and reaffirm paragraphs 1 through 11 of this complaint, as if the same were herein set forth verbatim.

20. Defendant's unauthorized use of "Q" constitutes trademark infringement, unfair competition and false designation of origin in violation of Illinois' Uniform Deceptive Trade Practices Act, 815 ILCS 510/2(2)(3)(5) and (12) because such conduct is likely to cause confusion, mistake or deception as to source, origin, affiliation, connection or association with Defendant.

21. Defendant's actions have caused Plaintiff to lose control over the reputation and goodwill associated with Plaintiff's Q101 mark.

22. Plaintiff has suffered damages and Defendant's have obtained profits and/or unjust enrichment as a result of their wrongful conduct.

23. Defendant's actions have caused irreparable injury to Plaintiff's business, reputation and goodwill. Unless Defendant is enjoined from their wrongful conduct, Plaintiff will continue to suffer irreparable injury and harm, for which Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, based on the foregoing allegations, Plaintiff prays for judgment against Defendant as follows:

a. That this Court enter judgment in favor of Plaintiff and against Defendant on all claims for relief alleged herein.

b. That this Court issue a preliminary and permanent injunction enjoining Defendant, their employees, owners, agents, officers, directors, attorneys, representatives, affiliates, subsidiaries, successors, and assigns and all those in active concert or participation with them, from using Plaintiff's Q101 mark, alone or in combination with any other word(s), term(s), designator(s) mark(s), and/or design(s), as well as all similar marks;

c. That this Court order Defendant to deliver up for destruction all literature, signs, billboards, labels, prints, packages, wrappers, containers, advertising materials, stationery, and other items in their possession, custody, or control that uses Q101 pursuant to 15 U.S.C. §§ 1118, and that the costs of the destruction for these materials be borne by Defendant;

d. That this Court grant monetary relief to Plaintiff in the form of:

    i. statutory damages in the amount of $1,000,000 per counterfeit mark under 15 U.S.C. §§ 1117(c);

    ii. treble an accounting of all profits derived by Defendant from the acts complained of herein under 15 U.S.C. §§ 1117 and any other applicable statute or at common law, according to the proof at trial;

    iii. treble general, special and/or actual damages proximately caused by Defendant's acts, along with any other damages allowable under 15 U.S.C. §§ 1117 and any other applicable statute or at common law, according to proof at trial;

    iv. costs and reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1117(a) and Illinois Revised Statutes.

e. That this Court grant Plaintiff such other and further relief, in law or in equity, as it deems just and proper.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all jury-triable issues in the Complaint as provided by Rule 38 of the Federal Rules of Civil Procedure.

Dated: June 18, 2012

*[signature]*
Michael J. Young (A.R.D.C. # 6226487)
Law Office of Michael J. Young
9842 Roosevelt Road
Westchester, Illinois 60154
(708) 410-0090
Email: EsqMichaelYoung@Yahoo.com

## **VERIFICATION**

I, Michael Noonan, declare under penalty of perjury that I have read the foregoing complaint, and that the information stated therein as factual is true and correct, and those factual matters which are stated upon information and belief are believed to be true and correct.

Date: June 27, 2012

Michael Noonan, President
New Paradigm Enterprises, Inc.