IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **NEW PARADIGM ENTERPRISES, INC.,** d/b/a Q101, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| Vs. | ) ) | Case No. 12 cv 5160 |
| **MERLIN MEDIA LLC,** | ) ) | Judge Milton Shadur Mag. Judge Michael T. Mason |
| **Defendant.** | ) | |

| | | |
|---|---|---|
| **MERLIN MEDIA, LLC,** | ) ) | |
| **Counter-Plaintiff,** | ) ) | |
| Vs. | ) ) | |
| **NEW PARADIGM ENTERPRISES, INC.** | ) ) | |
| **Counter-Defendant.** | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between New Paradigm Enterprises, Inc. and Merlin Media, LLC, through their respective attorneys, that this lawsuit (including the claim and counterclaim) shall be dismissed in its entirety with prejudice, all matters in controversy for which the action was brought have been fully settled, compromised, and resolved. The parties agree to bear their own attorney's fees and costs.

Dated: April 30, 2013

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| MERLIN MEDIA, LLC | NEW PARADIGM ENTERPRISES, INC. |
| By: /s/ Stephen J. Rosenfeld<br>One of its attorneys | By: /s/ Mason Cole<br>One of its attorneys |
| Steven P. Mandell<br>Stephen J. Rosenfeld<br>Natalie A. Harris<br>**MANDELL MENKES LLC**<br>One North Franklin, Suite 3600<br>Chicago, Illinois 60606<br>(Tel): (312) 251-1000<br>(Fax): (312) 251-1010<br>*Attorneys for Defendant / Counter-Plaintiff Merlin Media LLC* | Mason Cole<br>Tiffani Siegel<br>Cole Sadkin, LLC<br>Willis Tower<br>233 South Wacker Drive, Suite 8400,<br>Chicago, Illinois 60606<br>Office: (312) 857-3795<br><br>*Attorneys for Plaintiff / Counter-Defendant New Paradigm Enterprises, Inc.* |