IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW PARADIGM ENTERPRISES, INC., etc., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 12 C 5160 ) |
| MERLIN MEDIA LLC, | ) ) |
| Defendant. | ) |

MEMORANDUM ORDER

This Court has received, in connection with this closed case, a motion by attorney Michael Young ("Young") "to determine compliance with Judge Milton I. Shadur's order of October 12, 2012." Although this Court has no knowledge of any of the other aspects of the internecine warfare that is now being waged in the Municipal Department of the Cook County Circuit Court between Young and his now-ex-client New Paradigm Enterprises, Inc. ("New Paradigm"), Young's factual recital as to the part of that battle that relates to some collateral proceedings in this terminated federal action is extraordinarily troubling. Accordingly this Court orders Young and New Paradigm's lawyer in that state court action, Mason Cole, to appear before this Court at 8:30 a.m. August 23, 2013.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 14, 2013